```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                    FORT SMITH DIVISION
```

JAMEY D. RELEFORD                                          PLAINTIFF


V.                        CIVIL NO. 11-2095


MICHAEL J. ASTRUE, Commissioner of
Social Security Administration                             DEFENDANT

JUDGMENT

Now on this 12th Day of July, 2012, comes on for consideration the Report and Recommendation dated May 1, 2012, by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas. (Doc. 11). Also before the Court are Defendant's Objections. (Doc. 12).

After a *de novo* review, the Court, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety. The record shows that substantial evidence supports the Administrative Law Judge's determination that Plaintiff's neck and back pain and hearing loss were non-severe impairments.  The Administrative Law Judge's Residual Functional Capacity was proper and his reasons for discounting Dr. Tompkins' limitations were sufficient.  Finally, the

Administrative Law Judge's hypothetical question at step five was properly based on the limitations that were ultimately adopted by the Administrative Law Judge after excluding any alleged limitations or impairments he rejected as untrue or unsubstantiated.  The Court hereby affirms the Commissioner's decision and DISMISSES Plaintiff's Complaint (Doc. 1) WITH PREJUDICE.

    IT IS SO ORDERED.

                                          /s/ Robert T. Dawson
                                          Honorable Robert T. Dawson
                                          United States District Judge